_____

No. 95-2089
_____

Walter A. McCullough,                  *
                                       *
              Appellant,               *
                                       *
      v.                               *   Appeal from the United States
                                       *   District Court for the
Barbara J. Fisher, Certified           *   Eastern District of Arkansas.
Court Reporter, Craighead              *
County, Arkansas,                      *        [UNPUBLISHED]
                                       *
              Appellee.                *

_____

              Submitted:  March 7, 1996

                 Filed:  March 8, 1996
_____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
_____

PER CURIAM.


     Walter A. McCullough appeals the adverse grant of summary judgment
by the District Court[1] in his 42 U.S.C. § 1983 (1994) action.  Having
reviewed the record and the parties' briefs, we conclude the judgment of
the District Court was correct.  Accordingly, we affirm.  See 8th Cir. R.
47B.  We also deny McCullough's motion to supplement the record on appeal.

_____

     [1]The Honorable Stephen M. Reasoner, Chief Judge, United States
District Court for the Eastern District of Arkansas, adopting the
report and recommendation of the Honorable John F. Forster, Jr.,
United States Magistrate Judge for the Eastern District of
Arkansas.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.